UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO PALADINO,

       Plaintiff,     07 Civ. 1579 (DRH) (ARL)

  - against -

               **RULE 7.1 STATEMENT**

DHL EXPRESS (USA), INC. AND
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS AIR FREIGHT CHAUFFEURS,
HANDLERS, WAREHOUSEMEN & ALLIED
WORKERS UNION NO. 295,

       Defendants.
------------------------------------------------------------X

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for DEFENDANT DHL EXPRESS (USA), INC. hereby certifies that DHL EXPRESS (USA), INC.'s (a privately held company) parent corporation is Deutsche Post World Net, a publicly traded company on the Frankfurt Stock Exchange.

Dated: August 24, 2004
   New York, New York

               Respectfully submitted,

               THOMPSON WIGDOR & GILLY LLP

          By: _____
              Scott Browning Gilly (SG-6861)
              Andrew S. Goodstadt (AG-2760)

              350 Fifth Avenue, Suite 5720
              New York, New York  10118
              Telephone: (212) 239-9292
              Facsimile: (212) 239-9001

              Counsel for Defendant
              DHL Express (USA), Inc.