UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DINO PALADINO,

                        Plaintiff,                  **ORDER**

         -against-                             CV 07-1579 (DRH)(ARL)

DHL EXPRESS(USA), INC., et al.,

                        Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By letter dated January 22, 2008, defendant DHL Express (USA), Inc. moves to compel the plaintiff to provide outstanding discovery and authorizations for the release of his health information pursuant to HIPPA. Plaintiff has responded by letter dated January 31, 2008. Plaintiff represents that he has committed to provide all of the outstanding discovery and authorizations by February 1, 2008 and therefore requests that the court hold defendant's application in abeyance.

      Given the plaintiff's representation, the defendant's application is denied with leave to renew if necessary following review of the plaintiff's production. The parties are reminded of the requirement that they first meet and confer in good faith in an effort to resolve their dispute prior to seeking judicial intervention. See Local Civil Rule 37.3(a); see also Individual Practices of Magistrate Judge Lindsay, Rule 2(A)(1).

Dated:  Central Islip, New York                     **SO ORDERED:**
         February 5, 2008

                                                      _____/s/_____
                                                      ARLENE R. LINDSAY
                                                      United States Magistrate Judge