**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY** **DATE:** July 8, 2008
United States Magistrate Judge
**TIME:** 12:00 pm

**DOCKET NO:**
**CV 07-1579 (DRH)**

**CASE:**

**Paladino v. DHL**

___ INITIAL CONFERENCE
___ STATUS CONFERENCE BY TELEPHONE __XX__
___ SETTLEMENT CONFERENCE
___ FINAL CONFERENCE ORDER
_XX_ DISCOVERY CONFERENCE

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|---|
| | Kosta Kollef | Andrew Goodstadt - DHL |
| | | Joshua Parkhurst - Union |

**The following rulings were made:**

The time period for discovery is limited to February 2004 through October 2006. Discovery regarding discipline and disability discrimination claims is limited to the region that includes the Islip station and the individual station manager at issue. Discovery regarding disability discrimination claims is limited to the period 2005 and 2006.

The deadline for the completion of all discovery (fact and expert) is extended through October 10, 2008. Any party seeking to make a dispositive motion shall take the first step in the motion process by October 24, 2008 in accordance with District Judge Hurley's requirements. The final conference before the undersigned is adjourned to November 5, 2008 at 2:00 p.m. The parties shall electronically file their proposed joint pretrial order in advance of the final conference.

**SO ORDERED:**

_____