UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO PALADINO,

                Plaintiff,

    - against -

DHL EXPRESS (USA), INC. AND
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS AIR FREIGHT CHAUFFEURS,
HANDLERS, WAREHOUSEMEN & ALLIED
WORKERS UNION NO. 295,

                Defendants.
------------------------------------------------------------X

07 Civ. 1579 (DRH) (ARL)

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

    PLEASE TAKE NOTICE that upon the attached Memorandum of Law, the Affirmation of Andrew S. Goodstadt dated February 20, 2009, Defendant DHL Express (USA), Inc.'s Statement of Undisputed Material Facts dated February 20, 2009, the Affidavit of Jeffrey Sidorski in Support of Summary Judgment, the Affidavit of John Nuttall in Support of Summary Judgment, and all of the pleadings and proceedings heretofore had herein, Defendant DHL Express (USA), Inc. ("DHL") will move this Court before the Honorable Judge Denis R. Hurley, at the United States District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, at a time and date set by the Court, for an order pursuant to Fed. R. Civ. P. 56 granting DHL's motion for summary judgment dismissing the Complaint in its entirety and for such further relief as the Court may deem just and proper.

    PLEASE TAKE FURTHER NOTICE that pursuant to Judge Hurley's Order of February 5, 2009, answering affidavits and any other papers in opposition to the above motion, if any, are required to be served upon the undersigned counsel on or before March 20, 2009, and DHL's reply papers, if any, are required to be filed and served on or before April 3, 2009.

Dated: New York, New York
       February 20, 2009

                            Respectfully submitted,

                            THOMPSON WIGDOR & GILLY LLP

                            By: _____
                                Andrew S. Goodstadt
                                Cindy E. Uh

                            85 Fifth Avenue
                            New York, NY 10003
                            Telephone: (212) 257-6800
                            Facsimile: (212) 257-6845

                            *Counsel for Defendant DHL Express (USA), Inc.*


To:    Kosta K. Kollef, Esq.
        Law Office of Michael G. O'Neill
        30 Vesey Street, 3rd Floor
        New York, New York 10007

        *Counsel for Plaintiff Dino Paladino*

        Joshua S.C. Parkhurst, Esq.
        Cary Kane LLP
        1350 Broadway, Suite 815
        New York, New York 10018

        *Counsel for Defendant International Brotherhood of Teamsters Air Freight Chauffeurs, Handlers, Warehousemen & Allied Workers Union No. 295*

## CERTIFICATE OF SERVICE

I hereby certify that a true and copy of the foregoing Notice of Motion, dated February 20, 2009, was served via overnight delivery, this 20th day of February 2009, upon the following counsels:

To: Kosta K. Kollef, Esq.
Law Office of Michael G. O'Neill
30 Vesey Street, 3rd Floor
New York, New York 10007

*Counsel for Plaintiff Dino Paladino*

Joshua S.C. Parkhurst, Esq.
Cary Kane LLP
1350 Broadway, Suite 815
New York, New York 10018

*Counsel for Defendant International Brotherhood of Teamsters Air Freight Chauffeurs, Handlers, Warehousemen & Allied Workers Union No. 295*

_____
Cindy E. Uh

Dated: New York, New York
February 20, 2009