UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DINO PALADINO,

                      Plaintiff,

      - against -                              07 Civ. 1579 (DRH) (ARL)

DHL EXPRESS (USA), INC. and,               **AFFIDAVIT OF JOHN**
INTERNATIONAL BROTHERHOOD OF         **NUTTALL IN SUPPORT OF**
TEAMSTERS AIR FREIGHT CHAUFFERS,     **<u>SUMMARY JUDGMENT</u>**
HANDLERS, WAREHOUSEMEN & ALLIED
WORKERS UNION NO. 295,

                      Defendants.
---------------------------------------------------------------X

STATE OF NEW JERSEY   )
                                ) ss:
COUNTY OF UNION       )

      JOHN NUTTALL, being duly sworn, deposes and says:

      1.      I am currently the Labor Relations Manager for DHL Express (USA), Inc. ("DHL") and submit this affidavit in support of DHL's Motion for Summary Judgment in connection with the above-captioned matter.

      2.      Under the collective bargaining agreement between DHL and Local 295 ("CBA"), "theft" has consistently been interpreted by both DHL and Local 295 to include "theft of time."

      3.      Stanley Aiges is the long-time grievance arbitrator under the CBA (including predecessor agreements).

Dated: Elizabeth, New Jersey
February 19, 2009

_____
John Nuttall

Sworn to before me this
_19_ day of February 2009

_____
Notary Public

ANA LUISA VOLLERO
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 10/20/2009

## CERTIFICATE OF SERVICE

I hereby certify that a true and copy of the foregoing Affidavit of John Nuttall in Support of Defendant's Motion for Summary Judgment, dated February 19, 2009, was served via overnight delivery, this 20th day of February 2009, upon the following counsels:

To:  Kosta K. Kollef, Esq.
     Law Office of Michael G. O'Neill
     30 Vesey Street, 3rd Floor
     New York, New York 10007

     *Counsel for Plaintiff Dino Paladino*

     Joshua S.C. Parkhurst, Esq.
     Cary Kane LLP
     1350 Broadway, Suite 815
     New York, New York 10018

     *Counsel for Defendant International Brotherhood of Teamsters Air Freight Chauffeurs, Handlers, Warehousemen & Allied Workers Union No. 295*

_____
Cindy E. Uh

Dated: New York, New York
       February 20, 2009