UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------

| | |
|---|---|
| Dino Paladino, <br><br>                    Plaintiffs, <br><br>         - against - <br><br> Dhl Express (Usa), Inc. and International Brotherhood Of Teamsters Air Freight Chauffers, Handlers, Warehousemen & Allied Workers Union No. 295, <br><br>                    Defendants. | CV-07-1579 (DRH) (ARL) <br><br> NOTICE OF APPEAL |

------------------------------------------------

    PLEASE TAKE NOTICE that Dino Paladino, plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered herein on March 30, 2010, granting the defendants' motions for summary judgment and dismissing the plaintiff's complaint in the above-captioned action in its entirety.

Dated:  New York, New York
       April 27, 2010

                                        MICHAEL G. O'NEILL
                                        (MO3957)

                                        _____
                                        Attorney for Plaintiff
                                        30 Vesey Street, Third Floor
                                        New York, New York 10007
                                        (212) 581-0990