UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DINO PALADINO,

       Plaintiff,        Case No. 07 Civ. 1579 (DRH)(ARL)

 - against -

                 **NOTICE OF MOTION**

DHL EXPRESS (USA), INC. and
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS AIR FREIGHT CHAUFFEURS,
HANDLERS, WAREHOUSEMEN & ALLIED
WORKERS UNION NO. 295,

       Defendants.
------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that upon the attached Declaration of Scott B. Gilly and Memorandum of Law, dated October 29, 2010, and all of the pleadings and proceedings heretofore had herein, Defendant DHL Express (USA), Inc. ("DHL") will move this Court before the Honorable United States District Judge Denis R. Hurley, at the United States District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, for an Order pursuant to Federal Rule of Appellate Procedure 7 requiring Plaintiff Dino Paladino to post an appeal bond of no less than $3,500 in this action and for such further relief as the Court may deem just and proper.

Dated: New York, New York
October 26, 2010

Respectfully submitted,

THOMPSON WIGDOR & GILLY LLP

By: _____
Scott B. Gilly
Ambika D. Ganesh

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
sgilly@twglaw.com
aganesh@twglaw.com

*Counsel for Defendant DHL Express (USA), Inc.*

To: Michael G. O'Neill, Esq.
Law Office of Michael G. O'Neill
30 Vesey Street, 3rd Floor
New York, New York 10007

*Counsel for Plaintiff Dino Paladino*

Joshua S.C. Parkhurst, Esq.
Cary Kane LLP
1350 Broadway, Suite 815
New York, New York 10018

*Counsel for Defendant International Brotherhood of Teamsters Air Freight Chauffeurs, Handlers, Warehousemen & Allied Workers Union No. 295*