# Exhibit E



# Appellate Innovations

## ESTIMATE

| DATE | COURT |
|---|---|
| 10/20/10 | 2CC |

**TO:**

Mr. Marshall Hendler, Esq.
Thompson Wigdor & Gilly LLP
85 Fifth Avenue, 5th Floor
New York, NY 10003

**APPEAL:**

Appellee's Brief

**JOB # :**

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Appellee's Brief 11 copies (65 pages) | $420.00 | $420.00 |
| 2 | Personal Service (1 Plaintiff and 1 Defendant) | $35.00 | $70.00 |
| 1 | Personal Filing | $45.00 | $45.00 |
| 1 | Electronic Filing and Antivirus Certification - Court Required | $75.00 | $75.00 |

**COMMENTS**

Firm Pricing Applied.

Tax & Disbursements are additional.

| | |
|---|---|
| **SUBTOTAL** | $610.00 |

1000 Woodbury Road, Suite 402  |  3 Barker Avenue, 6th Floor  |  2809 Wehrle Drive, Suite 14
Woodbury, NY 11797  |  White Plains, NY 10601  |  Williamsville, NY 14221
(516) 869-4030/(631) 707-7414  |  (914) 948-2240  |  (716) 465-6128

WWW.APPELLATEINNOVATIONS.COM