# Exhibit F



## Appellate Innovations

| | DATE | COURT |
|---|---|---|
| | 10/20/10 B | 2CC |

**TO:**

Mr. Marshall Hendler, Esq.
Thompson Wigdor & Gilly LLP
85 Fifth Avenue, 5th Floor
New York, NY 10003

**APPEAL:** Appendix

**COPIES:** 8    **JOB # :**

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 600 | Joint Appendix Pages (DDE included) 8 copies | $3.12 | $1,872.00 |
| | (1 Plaintiff Service, 1 Defendant Service, 3 Court, 3 Client Copies) | | |
| 2 | Typeset Cover / Perfect Binding (per volume) | $100.00 | $200.00 |
| 3 | Joint Appendix Index Pages (all paralegal time included) | $100.00 | $300.00 |
| 2 | Personal Services (Plaintiff and Defendant) | $10.00 | $20.00 |
| 1 | Personal Filing | $30.00 | $30.00 |
| 1 | Electronic Filing and Antivius Certification Court Required | $75.00 | $75.00 |

Tax and Disbursements are additional.

| | SUBTOTAL | $2,497.00 |
|---|---|---|

1000 Woodbury Road, Suite 402    3 Barker Avenue, 6th Floor    2809 Wehrle Drive, Suite 14
Woodbury, NY 11797                White Plains, NY 10601        Williamsville, NY 14221
(516) 869-4030/(631) 707-7414     (914) 948-2240                (716) 465-6128

WWW.APPELLATEINNOVATIONS.COM