UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------

| | |
|---|---|
| Dino Paladino, | ] |
| **Plaintiffs,** | ] CV-07-1579 (DRH)(ARL) |
| - against - | ] |
| | ] **STIPULATION AND** |
| DHL Express (USA), Inc. and International Brotherhood | ] **ORDER** |
| Of Teamsters Air Freight Chauffers, Handlers, | ] |
| Warehousemen Allied Workers Union No. 295, | ] |
| | ] |
| **Defendants.** | ] |

-----------------------------------------

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED by and between the undersigned counsel for the parties, that (a) plaintiff's time to comply with the Court's April 8, 2011 order be and the same hereby is extended to and including October 31, 2011 and (b) plaintiff shall withdraw his appeal of the Court's April 8, 2011 order.

Nothing herein shall prevent plaintiff from making an application for a further extension, directed to the Court's discretion, in the event plaintiff is unable to comply with the April 8, 2011 order by that date.

Dated: New York, New York
      May 24, 2011

MICHAEL G. O'NEILL             THOMPSON WIGDOR & GILLY LLP

_____      _____
Michael G. O'Neill (MO3957)      By: Scott Gilly
Attorney for Plaintiff               Attorney for DHL
30 Vesey Street, Third Floor      85 Fifth Avenue
New York, New York 10007      New York, New York 10003
(212) 581-0990                 (212) 257-6800

SO ORDERED:

_____