

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Douglas H. Wigdor**
dwigdor@twglaw.com

June 2, 2011

**VIA ECF**

The Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    Paladino v. DHL Express (USA), Inc. et al., No.: 07-cv-1579 (DRH)(ARL)

Dear Judge Hurley:

We represent Defendant DHL Express (USA), Inc. in the above-referenced matter. Pursuant to Local Civil Rule 1.4, we write to respectfully request that the Court issue an order directing that Scott B. Gilly be withdrawn as attorney of record for the Plaintiff as he is no longer affiliated with the Firm. In his place, Kenneth P. Thompson and Douglas H. Wigdor have entered appearances on behalf of the Defendant.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Douglas H. Wigdor

cc:   Michael G. O'Neill, Esq. (*via ECF*)